# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSIE M. QUINN (01) )<br>)<br>Defendant. )<br>)<br>) | CRIMINAL ACTION<br><br>No. 09-20075-01-JWL |

## ORDER

Pending before this Court is Ms. Quinn's Motion for Inclusion of Certain Documents and Exhibits in the Record on Appeal (doc. 170). The court set a briefing schedule in regard to that motion. Ms. Quinn has filed a Second Pro Se Motion for Extension of Time to Reply to Government's Response to Motion for Inclusion in Record (doc. 178). The court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT that Ms. Quinn's Second Pro Se Motion for Extension of Time to Reply to Government's Response to Motion for Inclusion in Record (doc. 178) is granted and Ms. Quinn's reply deadline is extended to December 20, 2012.

**IT IS SO ORDERED.**

**Dated this 18th day of December, 2012 at Kansas City, Kansas.**

                                       s/ John W. Lungstrum
                                       JOHN W. LUNGSTRUM
                                       UNITED STATES DISTRICT JUDGE